Young Cho
Attorney at Law: 189870
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Hope Vera

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOPE VERA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>　　　　　Defendant | Case No.: 1:24-cv-00112-SKO<br><br>STIPULATION AND UNOPPOSED MOTION TO EXTEND BRIEFING SCHEDULE; ORDER<br><br>(Doc. 12) |

TO THE HONORABLE SHEILA K. OBERTO, MAGISTRATE JUDGE OF THE DISTRICT COURT:

The parties, by and through their respective counsel, hereby stipulate to extend the time in which plaintiff must file her opening brief for a period of 14 days to and including May 6, 2024, and that all subsequent deadlines as per the Supplemental Rules for Social Security Actions in the Federal Rules of Civil Procedure are extended accordingly.  Defendant's brief shall be filed on or before June 5, 2024, and plaintiff's optional reply brief shall be filed on or before June 19, 2024.

This is plaintiff's first request for an extension in this matter. Counsel for plaintiff has and will continue to miss work due to obligations related to a death in the immediate family. On behalf of counsel for plaintiff, the parties respectfully request the granting of this request for the proper briefing of this matter.

IT IS SO STIPULATED.

DATE: April 22, 2024            Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

/s/ *Young Cho*[1]
BY: _____
Young Cho
Attorney for plaintiff Hope Vera

Date: April 22, 2024            PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel, Region IX
Social Security Administration

BY:  /s/ *Christopher Vieira*
CHRISTOPHER VIEIRA
Special Assistant United States Attorney
Attorneys for Defendant MARTIN O'MALLEY,
Commissioner of Social Security
(Per email authorization)

**ORDER**

Pursuant to the parties' foregoing stipulation and unopposed motion (Doc. 12), IT IS HEREBY ORDERED that the deadlines for Plaintiff's Brief shall be extended to and including May 6, 2024, and the deadline for Defendant's Brief shall

---

[1] Counsel for the plaintiff attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

-2-

be extended to and including June 5, 2024.  Plaintiff's optional Reply may be filed on or before June 19, 2024.

IT IS SO ORDERED.

Dated: __**April 23, 2024**__                            /s/ *Sheila K. Oberto*
                                                   UNITED STATES MAGISTRATE JUDGE